**Leslie WRIGHT, Plaintiff–Appellant,**

v.

**RALEIGH POLICE DEPARTMENT, The City of Raleigh, North Carolina Police Department; City of Raleigh, The City of Raleigh, North Carolina; John Knox, in his official and individual capacities; T.L. Newman, in his official and individual capacities; Sergeant Bryant, in his official and individual capacities; C.D. Amidon, in his official and individual capacities; J.B. Johnson, in his official and individual capacities; Charlie Jacobs, in his official and individual capacities, Defendants–Appellees.**

No. 02–2048.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 30, 2003.

Decided Feb. 4, 2003.

Leslie Wright, Appellant Pro Se.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leslie Wright appeals the district court's orders dismissing as frivolous her civil suit. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Wright v. Raleigh Police Dep't,* No. CA–02–392–5–BO(3) (E.D.N.C. Sept. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*